IN THE MATTER OF JAMES H. KENNEDY, AN ATTORNEY AND COUNSELOR OF THE SUPREME COURT. — Ordered, that the said James H.

Kennedy be and he hereby is removed from the office of attorney and counselor of the Supreme Court.